



# MEMORANDUM OPINION

No. 04-11-00072-CR

**IN RE** Rodney **JOHNSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  March 2, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On January 27, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2003-CR-2486W, styled *State of Texas v. Rodney Johnson*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melissa Skinner presiding. However, the Honorable Andrew W. Carruthers, presiding judge of the Magistrate Court, presided over relator's competency hearing.